IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Bevan Xavier Brooks, Sr., # 106948 | ) | C.A. No.  8:08-586-TLW-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Mr.  Renaldo Myers, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Bruce H.  Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.).  In her Report, Magistrate Judge Hendricks recommends that this action be dismissed with prejudice for lack of prosecution and based on Ballard v. Carlson, 882 F.2d 93 (4th Cir.  1989). (Doc. # 59).

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  No objections have been filed to the Report.[1]  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the

---

[1] The Report was sent to the plaintiff at the only address provided by the plaintiff on file with the clerk's office.  The Report was returned.

1

2

applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 59), and the Complaint in this action is dismissed with prejudice for lack of prosecution and based on Ballard v. Carlson, 882 F.2d 93 (4th Cir. 1989).

      **IT IS SO ORDERED.**

      s/ Terry L. Wooten
      **TERRY L. WOOTEN**
      **UNITED STATES DISTRICT JUDGE**

December 2, 2008
Florence, South Carolina